## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL CIMINO ) | |
| ) | Case Number: 09-2210 |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| CLIENT SERVICES, INC. ) | **CIVIL COMPLAINT** |
| ) | |
| **Defendant.** ) | **JURY TRIAL DEMANDED** |
| ) | |

### STIPULATION OF DISMISSAL

AND NOW, this 20th day of July, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*

Bruce K. Warren, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: _____

Andrew M. Schwartz, Esquire
Attorney for Defendant